THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON 
 AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
 Roger Alan Beck,       
 Appellant.
 
 
 

Appeal From Lancaster County
Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2004-UP-415
Submitted April 21, 2004 - Filed June 
 25, 2004 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor John R. Justice, of Chester, for Respondent.
 
 
 

PER CURIAM:  Roger Alan Beck pled guilty 
 to criminal domestic violence of a high and aggravated nature, malicious injury 
 to real property greater than $5,000.00, second-degree arson, and use of vehicle 
 without permission.  He was sentenced to concurrent sentences of 10 years for 
 criminal domestic violence of a high and aggravated nature, five years for malicious 
 injury to property, 23 years for second-degree arson, and one year for use of 
 a vehicle without permission.  Beck appeals, arguing his guilty plea did not 
 comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 
 (1969).  On appeal, counsel for Beck has filed a brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967), asserting that there were no meritorious 
 grounds for appeal and requesting permission to withdraw from further representation.  
 Beck has not filed a pro se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
GOOLSBY, HOWARD, and BEATTY, JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.